No. 69299.—Louis Marx & Co. et al. *v.* United States, protests 64/19034, etc. (San Francisco).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69300.—Design International Corp. *v.* United States, protests 64/3642 and 64/64 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

No. 69301.—Brown, Alcantar & Brown, Inc. *v.* United States, protests 61/22471, etc. (El Paso).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of finger jointed molding similar in all material respects to that the subject of *Best Moulding Corporation* v. *United States* (*Brown, Alcantar & Brown, Inc., Party in Interest*) (51 CCPA, 7, C.A.D. 829), the claim of the plaintiff was sustained.